```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  ANTHONY MARCEL KING,           )   NO. CV 09-1820-RGK(E)
                                   )
12           Petitioner,           )
                                   )
13      v.                         )   ORDER ADOPTING FINDINGS,
                                   )
14  MATHEW CATE, et al.,           )   CONCLUSIONS AND RECOMMENDATIONS
                                   )
15           Respondent.           )   OF UNITED STATES MAGISTRATE JUDGE
                                   )
16  _____)
17
18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19  Petition, all of the records herein and the attached Report and
20  Recommendation of United States Magistrate Judge.  The Court approves
21  and adopts the Magistrate Judge's Report and Recommendation.
22
23       IT IS ORDERED that Judgment be entered denying and dismissing
24  the Petition with prejudice.
25  ///
26  ///
27  ///
28  ///
```

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner, counsel for Petitioner, and counsel for Respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

    DATED: September 25, 2009

    _____
            R. GARY KLAUSNER
       UNITED STATES DISTRICT JUDGE